BELL TELEPHONE CO. OF BUFFALO, Respondent, v. PARKER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Action by the Bell Telephone Company of Buffalo against Albert H. Parker and another. PER CURIAM. Order reversed, with $10 costs and disbursements, and objections to the sufficiency of the petition sustained, with $10 costs, with leave to the petitioner to amend the petition, if so advised. Held, that the petition should state that trees are to be trimmed "not to exceed" a certain distance, instead of stating "at least" a certain distance.

BENDER, Appellant, v. JOHN KRODER & HENRY REUBEL CO., Respondents. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Simon Bender against the John Kroder & Henry Reubel Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

BENNET, Respondent, v. HEROLD, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by James E. Bennet against George Herold. No opinion. Motion granted, upon condition that the defendant give an undertaking conditioned upon the payment of any final judgment that may be rendered against him.

In re BENNETT'S ESTATE. (Supreme Court, Appellate Division, First Department. July 15, 1907.) In the matter of the estate of Mary R. Bennett, deceased. No opinion. Order modified, by deducting from the value of the property assessed for taxation the sum of $561, interest upon the Mercantile Trust Company loan, and, as modified, affirmed, without costs. Settle order on notice.

BERGSTROM et al., Respondents, v. RIDGWAY-THAYER CO., Appellant. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by Oscar B. Bergstrom and another against the Ridgway-Thayer Company. C. J. Shearn, for appellants. O. B. Bergstrom, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed. See 103 N. Y. Supp. 1093.

In re BETTS. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) In the matter of the application of Ira E. Betts to alter and lay out a new highway in the town of Delhi, Delaware county, and assess damages therefor. No opinion. Order unanimously affirmed, without costs.

In re BILLINGHAM. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) In the matter of the judicial settlement of the account of Alfred Billingham, as administrator, etc., of Alfred Billingham, deceased. Josephine Shaw appeals. No opinion. Decree of the Surrogate's Court of the county of Queens affirmed, with costs.

BILLINGS, Respondent, v. SHAW et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 9, 1907.) Action by George S. Billings, as receiver, etc., of the Hudson River Stone Supply Company, against James G. Shaw and others. No opinion. Interlocutory judgment affirmed, with costs.

BIRKBECK INVESTMENT SAVINGS & LOAN CO. OF AMERICA, Respondent, v. RAPF, Appellants, et al. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by the Birkbeck Investment Savings & Loan Company of America against Joshua Rapf, impleaded with others. No opinion. Judgment affirmed, with costs.

BISCHOFF, Respondent, v. SATO, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Bruen Bischoff against Tosaku Sato. No opinion. Judgment of the Municipal Court affirmed, with costs.

BLACK, Respondent, v. FELDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Louis Black against Louis N. Feldman. No opinion. Judgment and order unanimously affirmed, with costs.

BLACK, Respondent, v. GALITZKA, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Jacob M. Black against Herman Galitzka. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re BLACKWELL'S ISLAND BRIDGE. (Supreme Court, Appellate Division, First Department. May 17, 1907.) In the matter of Blackwell's Island Bridge. No opinion. Motion denied, with $10 costs. Order filed.

In re BLODGETT'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) In the matter of the appraisal of the property of James L. Blodgett, deceased, under transfer tax act. No opinion. Order affirmed, with $10 costs and disbursements.

BLOOM, Respondent, v. SCHWARZ, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Charles F. Bloom against Adolph M. Schwarz. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re BOARD OF EDUCATION. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) In the matter of the application of the board of education, etc., relative to acquiring title to lands situated on Prospect Place and Park Place west of Nostrand Avenue, in the Twenty-Fourth Ward of the borough of Brooklyn in the city of New York. No opinion. Motion granted, and proceedings referred to Sanders Shanks, Esq.